UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| KEVIN STRICKLAND,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF WENATCHEE,<br>WPD OFFICER JEFF WARD, an individual,<br><br>      Defendants. | NO. 2:19-CV-0399-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|

BEFORE THE COURT is the parties' Joint Motion to Dismiss with Prejudice. ECF No. 17. The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed. The parties represent that a settlement has been reached resolving the issues in this case in their entirety and request the Court dismiss the case with prejudice and without costs or fees to either party.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to the parties' Joint Motion to Dismiss and Rule 41(a)(ii), this action is **DISMISSED** with prejudice and without costs or fees to either party.

2. All deadlines and hearing dates are stricken from the Court's calendar.

The District Court Executive is directed to enter this Order, enter judgment accordingly, furnish copies to the parties, and **CLOSE** the file.

DATED March 2, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2